# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Sprint Commc'ns Company, L.P.  v.  Comcast Cable Commc'ns, et al.

No. 15-1989

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Sprint Communications Company, L.P.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

Name: John D. Garretson
Law Firm: Shook, Hardy & Bacon, LLP
Address: 2555 Grand Blvd.
City, State and Zip: Kansas City, MO
Telephone: 816-474-6550
Fax #: 816-421-5547
E-mail address: jgarretson@shb.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/15/1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 09/22/15    Signature of pro se or counsel /s/ John D. Garretson

cc: All counsel of record

Reset Fields

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2015, I electronically filed the foregoing Entry of Appearance, which will send notice of such filing to all registered participants. I also certify that I caused a true and correct copy of the foregoing Entry of Appearance to be served on the following counsel of record in the proceeding below, *Sprint Communications Company, L.P v. Comcast Cable Communications, LLC et al.*, No. 1:12-cv-1013 (D. Del.), by electronic mail and U.S. First Class Mail.

Matthew B. Lehr
Anthony I. Fenwick
David J. Lisson
Micah G. Block
Alyse L. Katz
DAVIS POLK & WARDWELL, LLP
1600 El Camino Real
Menlo Park, CA 94025
T: 650-752-2000
F: 650-752-2111
matthew.lehr@davispolk.com
anthony.fenwick@davispolk.com
david.lisson@davispolk.com
micah.block@davispolkc.om
alyse.katz@davispolk.com

Michael L. Brody
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
T: 312-558-5600
mbrody@winston.com
Krishnan Padmanabhan
WINSTON & STRAWN, LLP
200 Park Avenue
New York, NY 10166
T: 212-294-6700
kpadmanabhan@winston.com

Arthur G. Connolly, III
Ryan P. Newell
CONNOLLY GALLAGHER, LLP
The Brandywine Building
1000 West St., Suite 1400
Wilmington, DE 19801
T: 302-757-7300
F: 302-757-7299
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

/s/ *John D. Garretson*
Attorney for Plaintiffs-Appellants