NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SPRINT COMMUNICATIONS COMPANY, L.P.,**
*Plaintiff-Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,
COMCAST IP PHONE, LLC,**
*Defendants-Appellees*

---

2015-1989

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-01013-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------------------

**COMCAST IP HOLDINGS I LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**SPRINT COMMUNICATIONS COMPANY, L.P.,
SPRINT SPECTRUM LP, NEXTEL OPERATIONS,
INC.,**
*Defendants-Appellants*

---

2       SPRINT COMMUNICATIONS COMPANY v. COMCAST CABLE
                                    COMMUNICATIONS

2015-1992, -2002

_____

Appeals from the United States District Court for the District of Delaware in No. 1:12-cv-00205-RGA, Judge Richard G. Andrews.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the parties' joint motions to stay proceedings in the above-captioned appeals until February 4, 2016,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31