NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPRINT COMMUNICATIONS COMPANY, L.P.,**
*Plaintiff-Appellant*

v.

**COMCAST CABLE COMMUNICATIONS, LLC, COMCAST IP PHONE, LLC,**
*Defendants-Appellees*

---

2015-1989

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-01013-RGA, Judge Richard G. Andrews.

---

**ORDER**

---

**O R D E R**

On October 8, 2015, this court stayed this case until February 4, 2016. The stay is lifted.

Upon consideration thereof,

IT IS ORDERED THAT:

2      SPRINT COMMUNICATIONS COMPANY v. COMCAST CABLE COMMUNICATIONS

(1) The stay is lifted.

(2) The appellants opening brief is due no later than April 4, 2016.

FOR THE COURT

| | |
|---|---|
| <u>March 9, 2016</u> | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |